IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-402-D

| | | |
|---|---|---|
| DENISE GIBBON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

On May 15, 2018, plaintiff (appearing pro se) filed her second motion for an extension of time to file a motion for judgment on the pleadings [D.E. 22], and a motion for leave to exceed word count limit for memorandum in support of motion for judgment on the pleadings [D.E. 23]. Defendant does not oppose the motions. The motions [D.E. 22, 23] are GRANTED in part. Plaintiff shall file her motion for judgment on the pleadings by June 29, 2018. Plaintiff's memorandum in support of her motion for judgment on the pleadings shall not exceed 15,000 words in length.

No further extensions will be granted.

SO ORDERED. This 7 day of June 2018.

                                                              JAMES C. DEVER III
                                                              Chief United States District Judge