UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DENISE GIBBON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:17-CV-402-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 42] and DENIES plaintiff's motion for judgment on the pleadings [D.E. 27]. The court GRANTS defendant's motion to affirm [D.E. 29] and defendant's motion to dismiss [D.E. 30]. Defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on April 15, 2019, and Copies To:**

| | |
|---|---|
| Denise Gibbon | (Sent to P.O. Box 5214 Cary, NC 27512 via US Mail) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |

DATE:
April 15, 2019

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk